# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Jerome Lee Buckinghorse
Defendant

CASE NUMBER: 12-04314M-001-PCT-MEA

Upon motion of the __Government__, it is ORDERED that a preliminary hearing and detention hearing are set for __Monday, October 22, 2012__ at __9:00 am__

before __the Honorable Mark E. Aspey, United States Magistrate Judge__
Name of Judicial Officer

__United States District Court, 123 N. San Francisco, Flagstaff, Arizona__
Location of Judicial Officer

Pending this hearing, probable cause having been shown for detention purposes, the defendant shall be held in custody by (the United States Marshal) (_____Other Custodial Official_____) and produced for the hearing.

DATED this 17th day of October, 2012.

_Mark E. Aspey_
Mark E. Aspey
United States Magistrate Judge